# In the United States Court of Federal Claims

**NOTICE**

**STEVE TILLMAN**

**No. 06-802 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., December 4, 2006**

To Attorney of Record, Assistant Attorney General and Judge Braden:

Please take notice that in the above case, there has been filed this day, on behalf of the parties, the record as transferred from the United States District Court for the Southern District of Mississippi (Jackson Division), Case No. 3:05cv228LS, consisting of one bound volume.

***NOTE:*** ***FAILURE TO COMPLY WITH THE ENCLOSED INSTRUCTIONS, WITHIN THE TIME PROVIDED, MAY RESULT IN THE CASE BEING DISMISSED FOR FAILURE TO PROSECUTE.***

Brian Bishop

Brian Bishop, Clerk