CLOSED, JCS

# U.S. District Court
# Southern District of Mississippi (Jackson)
# CIVIL DOCKET FOR CASE #: 3:05-cv-00228-TSL-JCS
# Internal Use Only

06-802 C

Tillman v. United States Department of Agriculture et al
Assigned to: District Judge Tom S. Lee
Referred to: Magistrate Judge James C. Sumner
Cause: Actions affecting property on which United States had lien

Date Filed: 04/06/2005
Jury Demand: Plaintiff
Nature of Suit: 290 Real Property: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Steve Tillman** represented by **Charles E. Miller**
MILLER & MILLER
P. O. Box 1303
McComb, MS 39649
(601) 249-0017
Email: cmiller1@cableone.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A TRUE COPY, I HEREBY CERTIFY,
J.T. NOBLIN, CLERK
BY: DEPUTY CLERK

V.

**Defendant**

**United States Department of Agriculture**
*TERMINATED: 04/13/2006*
represented by **Felicia C. Adams**
U. S. ATTORNEY'S OFFICE
188 E. Capitol St., Suite 500
Jackson, MS 39201
(601) 965-4480
Email: felicia.adams@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kenneth W. Meacham**
*The Rural Development Manager, McComb Office*
*TERMINATED: 04/13/2006*
represented by **Felicia C. Adams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States** represented by **Felicia C. Adams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2005 | 1 | NOTICE OF REMOVAL by United States Department of Agriculture, Kenneth W. Meacham from PIKE County Chancery, case number 05-0200. () State court record maintained in file., filed by United States Department of Agriculture, Kenneth W. Meacham. (Attachments: # 1)Cover Sheet(Cook, Surelda) (Entered: 04/06/2005) |
| 04/06/2005 | | ***Set/Clear Flags (Cook, Surelda) (Entered: 04/06/2005) |
| 04/08/2005 | 2 | MOTION for Extension of Time to File Answer re 1 Notice of Removal, *to May 13, 2005* by United States Department of Agriculture. (Adams, Felicia) (Entered: 04/08/2005) |
| 04/08/2005 | 3 | ORDER granting 2 Motion for Extension of Time to Answer re 1 Notice of Removal, United States Department of Agriculture answer due 5/13/2005; Kenneth W. Meacham answer due 5/13/2005. . Signed by Judge Alfred G. Nicols on April 8, 2005. (wg, ) (Entered: 04/08/2005) |
| 05/10/2005 | 4 | ANSWER to Complaint by United States Department of Agriculture.(Adams, Felicia) (Entered: 05/10/2005) |
| 05/10/2005 | 5 | State Court Record by Defendant United States Department of Agriculture. (Attachments: # 1 Exhibit Docket from County Court of Pike County)(Adams, Felicia) (Entered: 05/10/2005) |
| 05/13/2005 | 6 | Rule 16.1(A) Initial Order (wg, ) (Entered: 05/13/2005) |
| 05/13/2005 | | Set Deadlines/Hearings: Telephonic Case Management Conference set for 7/19/2005 10:45 AM before Magistrate Judge Alfred G. Nicols. (wg, ) (Entered: 05/13/2005) |
| 07/11/2005 | 7 | NOTICE of Service of Disclosure by Steve Tillman.(Miller, Charles) (Entered: 07/11/2005) |
| 07/12/2005 | 8 | NOTICE of Service of Disclosure by United States Department of Agriculture.(Adams, Felicia) (Entered: 07/12/2005) |

Case 1:06-cv-00802-SGB Document 1-3 Filed 12/04/2006 Page 3 of 6

| | | |
|---|---|---|
| 07/19/2005 | | Minute Entry for proceedings held before Judge Alfred G. Nicols : Telephonic Case Management Conference held on 7/19/2005. PARTICIPANTS: Angela Miller and Felicia Adams. A Case Management Order shall be entered by the Court setting this case for trial on a calendar commencing May 1, 2006. (wg, )(T:15) (Entered: 07/19/2005) |
| 07/20/2005 | 9 | SCHEDULING ORDER: Final Pretrial Conference set for 4/10/2006 09:00 AM before District Judge Tom S. Lee. Amended Pleadings due by 8/19/2005. Discovery due by 1/1/2006. Designate Experts Plaintiff Deadline due by 11/1/2005. Designate Experts for Defendant Deadline due by 12/1/2005. Jury Trial set for 5/1/2006 09:00 AM before District Judge Tom S. Lee. Joinder of Parties due by 8/19/2005. Motions due by 1/16/2006.. Signed by Judge Alfred G. Nicols on July 20, 2005. (wg, ) (Entered: 07/20/2005) |
| 11/17/2005 | 10 | NOTICE of Service of Interrogatories by Steve Tillman. (Miller, Charles) (Entered: 11/17/2005) |
| 11/17/2005 | 11 | NOTICE of Service of Request for Production by Steve Tillman.(Miller, Charles) (Entered: 11/17/2005) |
| 12/01/2005 | 12 | NOTICE *of Service of Designation of Expert* by United States Department of Agriculture, Kenneth W. Meacham (Adams, Felicia) (Entered: 12/01/2005) |
| 12/22/2005 | 13 | NOTICE of Service of Response to Request for Production by Kenneth W. Meacham.(Adams, Felicia) (Entered: 12/22/2005) |
| 12/22/2005 | 14 | NOTICE of Service of Response to Interrogatories by Kenneth W. Meacham.(Adams, Felicia) (Entered: 12/22/2005) |
| 01/17/2006 | 15 | MOTION to Dismiss *Or in the Alternative, for Summary Judgment* by Kenneth W. Meacham. (Attachments: # 1 Exhibit 1-11)(Adams, Felicia) (Entered: 01/17/2006) |
| 01/17/2006 | 16 | MOTION to Dismiss *Or in the Alternative for Summary Judgment* by Kenneth W. Meacham. (Adams, Felicia) (Entered: 01/17/2006) |
| 01/17/2006 | 17 | MEMORANDUM in Support re 16 MOTION to Dismiss *Or in the Alternative for Summary Judgment* filed by Kenneth W. Meacham. (Adams, Felicia) (Entered: 01/17/2006) |
| 01/17/2006 | | DOCKET ANNOTATION as to #15, attorney re-filed as #16, |

| | | |
|---|---|---|
| | | but failed to add the attachments, attachments to be added. (Cook, Surelda) (Entered: 01/17/2006) |
| 01/17/2006 | | ***Motions terminated: 15 MOTION to Dismiss in the Alternative, for Summary Judgment filed by Kenneth W. Meacham,, 16 MOTION to Dismiss Or in the Alternative for Summary Judgment filed by Kenneth W. Meacham,. (SEC, ) (Entered: 02/10/2006) |
| 01/18/2006 | 18 | MOTION to Dismiss *with Exhibits* by Kenneth W. Meacham. (Attachments: # 1)(Adams, Felicia) (Entered: 01/18/2006) |
| 01/27/2006 | 19 | MOTION for Extension of Time to File Response/Reply as to 16 MOTION to Dismiss *Or in the Alternative for Summary Judgment* by Steve Tillman. (Miller, Charles) (Entered: 01/27/2006) |
| 01/30/2006 | 20 | ORDER granting 19 Motion for Extension of Time to File Response/Reply re 16 MOTION to Dismiss *Or in the Alternative for Summary Judgment* Responses due by 2/6/2006. Signed by Judge Tom S. Lee on 1/30/06. (lwe, ) (Entered: 01/30/2006) |
| 02/06/2006 | 21 | RESPONSE to Motion re 16 MOTION to Dismiss *Or in the Alternative for Summary Judgment* filed by Steve Tillman. (Attachments: # 1 Exhibit Letter from USDA)(Miller, Angela) (Entered: 02/06/2006) |
| 02/06/2006 | 22 | RESPONSE to Memorandum re 17 Memorandum in Support of Motion filed by Steve Tillman. (Miller, Angela) (Entered: 02/06/2006) |
| 02/07/2006 | | DOCKET ANNOTATION as to #22; Attorney to refile to modify the description of the docket entry. ( sec, ) (Entered: 02/07/2006) |
| 02/07/2006 | 23 | MEMORANDUM in Opposition re 16 MOTION to Dismiss *Or in the Alternative for Summary Judgment* filed by Steve Tillman. (Miller, Angela) (Entered: 02/07/2006) |
| 02/09/2006 | 24 | MOTION for Extension of Time to File Response/Reply as to 22 Response to Memorandum, 23 Memorandum in Opposition to Motion, 21 Response to Motion by United States Department of Agriculture. (Adams, Felicia) Modified on 2/9/2006 (jpw, ). (Entered: 02/09/2006) |
| 02/09/2006 | | ORDER granting 24 Motion for Extension of Time to File |

| | | |
|---|---|---|
| | | Response in support of 15 MOTION to Dismiss *Or in the Alternative, for Summary Judgment* Reply due by 2/24/2006.. Signed by Judge Tom S. Lee on 2/9/06. (jpw, ) (Entered: 02/09/2006) |
| 02/09/2006 | 25 | ORDER granting 24 Motion for Extension of Time to File Reply in support of 18 MOTION to Dismiss *Or in the Alternative, for Summary Judgment. Reply in support of motion due by 2/24/2006.. Signed by Judge Tom S. Lee on 2/9/06. (*duplicate entry; PDF not attached to previous entry) (jpw, ) Modified on 2/10/2006 (lwe, ). (Entered: 02/09/2006)* |
| 02/21/2006 | | Judge James C. Sumner added. Judge Alfred G. Nicols no longer assigned to case, pursuant to Administrative Order signed by Chief Judge Wingate on January 30, 2006. (SEC, ) (Entered: 02/23/2006) |
| 02/22/2006 | 26 | REPLY to Response to Motion re 23 Memorandum in Opposition to Motion *to Dismiss or in the Alternative for Summary Judgment* filed by United States Department of Agriculture. (Adams, Felicia) (Entered: 02/22/2006) |
| 03/14/2006 | 27 | MOTION to Stay *Motions in Limine, PTC and Trial* by United States Department of Agriculture. (Adams, Felicia) (Entered: 03/14/2006) |
| 03/24/2006 | 28 | ORDER granting 27 Motion to Stay motions in limine, pretrial conference and trial pending ruling on motion to dismiss or for summary judgment . Signed by Judge Tom S. Lee on 3/24/06. (lwe) (Entered: 03/24/2006) |
| 03/27/2006 | 29 | CALENDAR/NOTICE of Hearing: Bench Trial set for term commencing 5/1/2006 09:00 AM in Courtroom 2 before District Judge Tom S. Lee. Final Pretrial Conference set for 4/10/2006 11:15 AM before District Judge Tom S. Lee. (lwe, ) (Entered: 03/27/2006) |
| 03/30/2006 | | ***Bench trial set for term commencing 5/1/06 and pretrial set for 4/10/05 CANCELLED pursuant to Stay Order entered 3/24/06 (lwe, ) (Entered: 03/30/2006) |
| 04/13/2006 | 30 | MEMORANDUM OPINION AND ORDER granting in part and denying in part 18 Motion to Dismiss and denying defendants' alternative motion for summary judgment; that plaintiff's tort claims, defendant Kenneth Meacham dismissed; that the United States be subsituted as defendant in place of |

| | | |
|---|---|---|
| | | United States Department of Agriculture. Signed by Judge Tom S. Lee on 4/13/06. (sec, ) (Entered: 04/13/2006) |
| 04/13/2006 | | ***Party United States added. Party United States Department of Agriculture terminated. (sec, ) (Entered: 04/13/2006) |
| 04/13/2006 | | ***Set CLOSED Flag, ***Civil Case Terminated. (sec, ) (Entered: 04/13/2006) |
| 11/21/2006 | | Sent Certified copies of entire file, order transferring case to Court of Federal Claims and of the docket sheet. (sec, ) (Entered: 11/21/2006) |