ORIGINAL

FILED
FEB 8 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**STEVE TILLMAN** **PLAINTIFF**

**VS.** **CIVIL ACTION NO. 06802C**

**UNITED STATES OF AMERICA** **DEFENDANTS**

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

The Plaintiff, Steve Tillman, by and through the undersigned counsel, submits his motion for enlargement of time to file the Complaint.

This request for additional time is made so that the plaintiff may timely file the complaint.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, requests that the Court grant an enlargement of time until February 10, 2007, for the Plaintiff to complete said filing.

Respectfully submitted,

Steve Tillman, Plaintiff

Angela T. Miller

**ANGELA T. MILLER**

**ANGELA MILLER, MSB #8398**
**MILLER AND MILLER**
**ATTORNEY'S AT LAW**
**POST OFFICE BOX 1303**
**MCCOMB, MISSISSIPPI 39649**
**(601) 249-0017**

## *Certificate of Service*

I hereby certify that on February 6, 2007 I have U.S. mailed postage prepaid the above and foregoing complaint to the following:

**Felecia Adams**
**Assistant United States Attorney**
**Southern District Of Mississippi**
**One Jackson Place**
**188 East Capitol Street, Suite 500**
**Jackson, Mississippi 39201-0101**
**Telephone: (601)973-2814**
**Facsimile: (601)965-449**
**Mississippi Bar No. 1049**

ANGELA T. MILLER