# In the United States Court of Federal Claims

No. 06-802 C
Filed February 9, 2007

**************************************
*
STEVE TILLMAN, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
**************************************

**ORDER**

Plaintiff's February 8, 2007 Motion for Enlargement of Time is hereby granted. Plaintiff's Complaint is due on or before February 10, 2007.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**