ORIGINAL

FORM 2
COVER SHEET

RECEIVED
FEB 12 2007
U.S. COURT OF
FEDERAL CLAIMS

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)

Steve Tillman

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Angela T. Miller

Firm Name: Miller and Miller, attorneys at law

Post Office Box: P. O. BOX 1303

Street Address: 116 Fifth Avenue

City-State-Zip: McComb, MS 39649

Telephone & Facsimile Numbers: 601-249-0017 & 601-249-0598

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If NO, please call (202) 357-6406 for admission papers and instructions.

Nature of Suit Code: 5 3 2
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: a g e
See attached sheet for three-digit codes.

Amount Claimed: $ 60,000.00 est.
Use estimate if specific amount is not pleaded.

Bid Protest: $
Indicate approximate amount of procurement at issue.
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.