IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEVE TILLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-802C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of time of 45 days, to and including June 7, 2007, within which to prepare and file our response to plaintiff's complaint. The Government's response currently is due on April 23, 2007. This is our first request for an enlargement of time for this purpose. Defendant's counsel contacted plaintiff's counsel, Angela Miller, and was informed that plaintiff does not object to this motion for enlargement of time.

The enlargement of time requested is necessary because, among other matters, defendant's counsel is required to prepare and file the following: (1) the Government's brief in Roper v. Nicholson, Fed. Cir. No. 07-7003, by April 18, 2007;[1] (2) the Government's brief in Crepeau v. United States, Fed. Cir. No. 07-3130, by April 26, 2007; (3) the Government's motion for judgment upon the administrative record in Banerjee v. United States, Fed. Cl. No. 06-829C, by April 27, 2007; and (4) the Government's response to plaintiff's first request for

---

[1] The Government's brief was due on March 17, 2007. On March 16, 2007, the Government filed a motion for enlargement of time to and including April 18, 2007. That motion is still pending as of this date.

production of documents and first set of interrogatories in Cooke v. United States, Fed. Cl. No. 06-748C, by April 30, 2007.

Accordingly, we respectfully request that the Court grant defendant's unopposed motion for an enlargement of time of 45 days, to and including June 7, 2007, in which to file the Government's response.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ TODD M. HUGHES
TODD M. HUGHES
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

April 11, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under that on this 11th day of April, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. In understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ MEREDYTH D. COHEN