IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEVE TILLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-802C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of time of 45 days, to and including July 23, 2007, within which to prepare and file our response to plaintiff's complaint. The Government's response currently is due on June 7, 2007. This is our second request for an enlargement of time for this purpose. Defendant's counsel contacted plaintiff's counsel, Angela Miller, and was informed that plaintiff does not object to this motion for enlargement of time.

The enlargement of time requested is necessary because, among other matters, defendant's counsel is required to prepare and file the following: (1) the Government's response to plaintiff's motion to strike in Cooke v. United States, Fed Cl. No. 06-748C, by June 4, 2007; (2) the Government's response to plaintiff's second request for the production of documents in Cooke v. United States, Fed Cl. No. 06-748C, by June 4, 2007; (3) the Joint Preliminary Status Report in Laurelwood Homes, Inc. v. United States, Fed. Cl. No. 06-734C, by June 4, 2007; (4) the Government's brief in Reid v. Office of Personnel Management, Fed. Cir. No. 2007-3157, by June 7, 2007; and (5) the Government's brief in Overton v. Office of Personnel Management, Fed. Cir. No. 2007-3111, by June 22, 2007. In addition, defendant's counsel will be defending

five depositions in Cooke v. United States, Fed Cl. No. 06-748C, between now and the end of June 2007.

Accordingly, we respectfully request that the Court grant defendant's unopposed motion for an enlargement of time of 45 days, to and including July 23, 2007, in which to file the Government's response.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ TODD M. HUGHES
TODD M. HUGHES
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

May 29, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under that on this 29th day of May, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. In understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ MEREDYTH D. COHEN