# In the United States Court of Federal Claims

No. 06-802C
Filed: May 31, 2007

**************************************
*
STEVE TILLMAN, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
**************************************

**ORDER**

The Government's May 29, 2007 Unopposed Motion for an Enlargement of Time to respond to Plaintiff's February 12, 2007 Complaint is hereby granted. The Government will respond on or before July 23, 2007.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**