**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**STEVE TILLMAN** **PLAINTIFF**

**VS.** **CIVIL ACTION NO. 06-802C**

**UNITED STATES OF AMERICA** **DEFENDANTS**

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

The Plaintiff, Steve Tillman, by and through the undersigned counsel, submits his motion for enlargement of time to Respond to Motion to Dismiss, Plaintiff will show as follows:

That the Plaintiff's Response to Motion to Dismiss is due in court on August 23, 2007.

That the plaintiff requests this honorable court for additional time to Respond to Motion to Dismiss. Plaintiff request an additional thirty (30) days.

This request for additional time is made so that the plaintiff may adequately respond to Defendant's Motion to Dismiss.

This request for additional time is made so that the plaintiff may timely Response to the Motion to Dismiss.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, requests that the Court grant an enlargement of time until September 23, 2007, for the Plaintiff to Respond to Motion to Dismiss.

**Respectfully Submitted** this the **20th** Day of **August, 2007.**

Respectfully submitted,
Steve Tillman, Plaintiff

**BY: s/Angela T. Miller**

**ANGELA T. MILLER**

**ANGELA T. MILLER, MSB #8398**
**MILLER & MILLER**
**ATTORNEYS AT LAW**
**POST OFFICE BOX 1303**
**McCOMB, MS 39649**
**TELEPHONE: (601) 249-0017**
**FACSIMILE: (601) 249-0598**
**Email: Miller2@cableone.net**

***Certificate of Service***

I, the undersigned counsel hereby certify that on August 20, 2007, I electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to the following:

**Felecia Adams**
**Assistant United States Attorney**
**Southern District Of Mississippi**
**One Jackson Place**
**188 East Capitol Street, Suite 500**
**Jackson, Mississippi 39201-0101**
**Telephone: (601)973-2814**
**Facsimile: (601)965-449**
**Mississippi Bar No. 1049**

**BY: s/Angela T. Miller**

**ANGELA T. MILLER**