# In the United States Court of Federal Claims

No. 06-802C
Filed: August 21, 2007

*************************************
STEVE TILLMAN,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

Plaintiff's August 20, 2007 Motion for an Enlargement of Time to respond to the Government's July 23, 2007 Motion to Dismiss hereby granted. Plaintiff will respond on or before September 24, 2007.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**