# In the United States Court of Federal Claims

No. 06-802C
Filed: December 11, 2007

***************************************
*
STEVE TILLMAN, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***************************************

**ORDER**

Pursuant to a telephone status conference held on December 11, 2007, this case is hereby stayed until at least March 10, 2008. Mr. Paul Bowen, Office of General Counsel-USDA, shall consult with both Plaintiff and local USDA officials to try and reach an amenable settlement agreement in this matter. Mr. Bowen shall issue a settlement progress report to the court, in writing, on March 10, 2008.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**