IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEVE TILLMAN, | | |
| Plaintiff, | ) | |
| v. | ) | No. 06-802C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Braden) |
| | ) | |
| Defendant. | ) | |
| | ) | |

# SETTLEMENT PROGRESS REPORT

Pursuant to this Court's December 11, 2007 Order, defendant, the United States, respectfully submits this settlement progress report.

As directed by the Court during a telephonic status conference held on December 11, 2007, Paul Bowen, counsel for the United States Department of Agriculture ("USDA"), contacted Robert Love, a single family housing specialist for the Rural Development State Office, to arrange a meeting with plaintiff, Steve Tillman. On January 31, 2008, Mr. Tillman and his counsel met with representatives from the Rural Development State Office to discuss options that were available to Mr. Tillman. Specifically they discussed the assumption process of the promissory note and mortgage of the property at issue that Mr. Tillman could initiate by filling out an application.

Counsel for Mr. Tillman scheduled an appointment with the Rural Development Local Office, and on March 4, 2008, Mr. Tillman began the process of completing the relevant forms. He plans to return to the Rural Development Local Office on March 11, 2008 with additional information in order to finish the application process. It will take approximately 30 days from the time the application is completed to process the application. Defendant therefore proposes

that the Government will file another settlement progress report in 60 days, to and including May 8, 2008, within which we will inform this Court as to the status of the settlement discussions.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ TODD M. HUGHES
TODD M. HUGHES
Deputy Director

/s/ JANE C. DEMPSEY
JANE C. DEMPSEY
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.,
ATTN: Classification Unit-
8th Floor
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-0972
E-mail: Jane.Dempsey@usdoj.gov

Attorneys for Defendant

OF COUNSEL:

Paul Bowen
Office of General Counsel
United States Department of Agriculture

March 7, 2008

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2008, a copy of the Settlement Progress Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jane C. Dempsey