IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEVE TILLMAN, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-802C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Braden) |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SETTLEMENT PROGRESS REPORT

Pursuant to its March 7, 2008 settlement progress report within which defendant, the United States, indicated that it would file a subsequent settlement progress report in 60 days, the defendant respectfully submits this settlement progress report.

On March 18, 2008, plaintiff, Steve Tillman, assumed the promissory note and mortgage of the property at issue. Mr. Tillman then applied to reamortize the account. Once this application has been processed, Mr. Tillman's payment assistance will be calculated and applied. In approximately 60 days, the Rural Development State Office and Mr. Tillman anticipate closing on the property.

For these reasons, Defendant proposes that the Government will file another settlement progress report in 60 days, to and including July 7, 2008, within which we will inform this Court as to the status of the settlement discussions. If all matters have been settled by July 7, 2008, the parties will, instead, file a joint stipulation to dismissal.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ TODD M. HUGHES
TODD M. HUGHES
Deputy Director

/s/ JANE C. DEMPSEY
JANE C. DEMPSEY
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.,
ATTN: Classification Unit-
8th Floor
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-0972
E-mail: Jane.Dempsey@usdoj.gov

Attorneys for Defendant

OF COUNSEL:

Paul Bowen
Office of General Counsel
United States Department of Agriculture

May 8, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May, 2008, a copy of the Settlement Progress Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jane C. Dempsey